IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**KELVIN FRAZIER,**

    **Plaintiff,**

v.                                                Case No. 1:18cv186-MW/GRJ

**FLORIDA DEPARTMENT
OF CORRECTIONS,**

    **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING
AMENDED REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Amended Report and Recommendation. ECF No. 8. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The amended report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice pursuant to the three-strikes bar under 28 U.S.C. § 1915(g)." The Clerk shall close the file.

**SO ORDERED on December 3, 2018.**

                                                 **s/ MARK E. WALKER
                                                 Chief United States District Judge**

---

[1] Plaintiff has failed to keep the Clerk advised of his current address as evidenced by returned mail. ECF No. 10.